

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

November 22, 2019

MEMO ENDORSED

The Application is granted.
SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 22, 2019

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. Rose (Nathanial Coles)*
      **Ind. No.: 19 Cr. 789 (PGG)**

Dear Judge Gardephe:

My client, Nathanial Coles, is presently out on bail, under the condition that he remain in either the SDNY or EDNY. It is respectfully requested that he be permitted to travel to Buffalo, New York on Monday, November 25 to retrieve a vehicle that is presently located there. He expects to travel back and forth in one day. His Pre-Trial Services (PTS) Officer Vincent Adams, and the government have no objection to this request.

Mr. Coles further requests that the Court permit him to periodically travel to New Jersey and Philadelphia to monitor property that he owns. He expects to make these trips on a monthly basis. Should the Court grant this permission, we would ask that the PTS officer have the discretion to grant this travel assuming he provides them with all necessary details of the trips. Both PTS and the government have no objection to this request as well.

Thank you for your consideration.

Very truly yours,

SULLIVAN & BRILL, LLP

*Steven Brill*

By: Steven Brill