

November 26, 2019

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America v. Rose (Nathanial Coles)*
            Ind. No.: 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    My client, Nathanial Coles, is presently out on bail, under the condition that he remain in either the SDNY or EDNY. Previously, I requested that he be permitted to travel to Buffalo on November 25 and that request was granted. However, Mr. Coles was unable to make the trip on that day. It is therefore respectfully requested that this Court permit his PTS Officer the discretion to grant any subsequent travel to Buffalo assuming he provides them with all necessary details of the trips.

    Both PTS and the government have no objection to this request.

    Thank you for your consideration.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 3, 2019

Very truly yours,

SULLIVAN & BRILL, LLP

*[signature]*

By: Steven Brill