

September 12, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: September 15, 2020

<u>Via ECF</u>
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. Nathanial Coles*
                Ind. No.: 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      On November 7, 2019, I was assigned to represent Mr. Coles pursuant to CJA.  Mr. Coles subsequently retained Anthony Capozzolo, Esquire from Lewis Baach Kaufmann Middlemiss PLLC.  Mr. Capozzolo filed his Notice of Appearance on that February 14, 2020 (Dkt. # 197).  Please accept this letter as a request that Your Honor formally relieve me, and terminate my representation, as of February 14, 2020.

      Thank you for your attention and consideration.

                        Very truly yours,

                        SULLIVAN|BRILL, LLP

                        _____
                        By: Steven Brill