UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    - v. -<br><br>NATHANIEL COLES,<br>  a/k/a "Nat,"<br>STEPHANIE PASCAL,<br>  a/k/a "Steph,"<br>  a/k/a "P5,"<br>BERLISA BRYAN,<br>  a/k/a "Lisa,"<br>KOURTNEI WILLIAMS,<br>ANGELA MYERS,<br>  a/k/a "Angie," and<br>SHAKEEMA FOSTER,<br><br>    Defendants. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The plea hearing scheduled as to Defendants Stephanie Pascal, Kourtnei Williams, and Berlisa Bryan on June 28, 2021 at 3:00 p.m. will now take place on **June 28, 2021 at 12:30 p.m.**

    The plea hearing scheduled as to Defendant Nathaniel Coles on June 28, 2021 at 4:00 p.m. will now take place on **June 28, 2021 at 1:30 p.m.**

    A plea hearing will be held as to Defendant Angela Myers on **June 28, 2021 at 12:30 p.m.**

    A plea hearing will be held as to Defendant Shakeema Foster on **June 28, 2021 at 1:30 p.m.**

All plea hearings will take place in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 22, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge