UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL COLES,
    a/k/a "Nat,"
ANTHONY ROSE, Jr.,
    a/k/a "Sean Wells,"
CHRISTINA GARCIA,
    a/k/a "Cindy,"
DEJAHNEA BROWN,
    a/k/a "Michelle Williams,"
TONYA THOMAS,
    a/k/a "Karen Schwartz,"
ANGELA MELECIO,
    a/k/a "Angie,"
    a/k/a "P2,"
STEPHANIE PASCAL,
    a/k/a "Steph,"
    a/k/a "P5,"
MAKEBA SIMMONS,
EDWARD ABAYEV,
    a/k/a "Eddie,"
GRACIELA BORRERO,
    a/k/a "Grace,"
    a/k/a "P8,"
BARRINGTON REID,
    a/k/a "P9,"
TONJA LEWIS,
    a/k/a "J1,"
BERLISA BRYAN,
    a/k/a "Lisa,"
ANGELA MYERS,
    a/k/a "Angie,"
SHAKEEMA FOSTER,
KOURTNEI WILLIAMS,
MAKKAH SHABAZZ,
    a/k/a "Mecca," and
YANIRIS DELEON
    a/k/a "Jen,"

                Defendants.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Edward Abayev's sentencing, currently scheduled for November 1, 2021, is adjourned to **December 1, 2021 at 10:00 a.m.**

Yaniris Deleon's sentencing, currently scheduled for November 3, 2021, is adjourned to **December 1, 2021 at 11:00 a.m.** Any submissions on behalf of Defendant Deleon are now due on November 3, 2021. The Government's submission is now due on November 10, 2021. Defendant Deleon's request to adjourn her sentencing to a date in February 2022 based on the trial scheduled for January 24, 2022 in this case (Dkt. No. 570) is denied.

Stephanie Pascal's sentencing, currently scheduled for November 9, 2021, is adjourned to **December 1, 2021 at 12:00 p.m.**

Nathaniel Coles's sentencing, currently scheduled for November 3, 2021, is adjourned to **December 9, 2021 at 11:00 a.m.**

Shakeema Foster's sentencing, currently scheduled for November 5, 2021, is adjourned to **December 9, 2021 12:00 p.m.** Any submissions on behalf of Defendant Foster are now due on November 11, 2021. The Government's submission is now due on November 18, 2021.

Anthony Rose Jr.'s sentencing, currently scheduled for November 16, 2021, is adjourned to **December 9, 2021 at 1:00 p.m.** Any submissions on behalf of Defendant Rose Jr. are now due on November 11, 2021. The Government's submission is now due on November 18, 2021.

Kourtnei Williams's sentencing, currently scheduled for November 12, 2021, is adjourned to **December 15, 2021 at 10:00 a.m.** Any submissions on behalf of Defendant

Williams are now due on November 17, 2021.  The Government's submission is now due on November 24, 2021.

Tonja Lewis's sentencing, currently scheduled for December 3, 2021, is adjourned to **December 15, 2021 at 11:00 a.m.**  Any submissions on behalf of Defendant Lewis are now due on November 17, 2021.  The Government's submission is now due on November 24, 2021.

Angela Myers's sentencing, currently scheduled for November 12, 2021, is adjourned to **December 15, 2021 at 12:00 p.m.**

Berlisa Bryan's sentencing, currently scheduled for November 9, 2021, is adjourned to **December 15, 2021 at 1:00 p.m.**

Angela Melecio's sentencing, currently scheduled for January 7, 2022, will now take place on **January 5, 2022 at 12:00 p.m.**  Any submissions on behalf of Defendant Melecio are now due on December 8, 2021.  The Government's submission is now due on December 15, 2021.

Makkah Shabazz's sentencing, currently scheduled for November 12, 2021, is adjourned to **January 5, 2022 at 1:00 p.m.**  Any submissions on behalf of Defendant Shabazz are now due on December 8, 2021.  The Government's submission is now due on December 15, 2021.

Barrington Reid's sentencing, currently scheduled for November 9, 2021, is adjourned to **February 25, 2022 at 10:00 a.m.**  Any submissions on behalf of Defendant Reid are now due on January 28, 2022.  The Government's submission is now due on February 4, 2022.

Christina Garcia's sentencing, currently scheduled for January 21, 2022, is adjourned to **February 25, 2022 at 11:00 a.m.**  Any submissions on behalf of Defendant Garcia are now due on January 28, 2022.  The Government's submission is now due on February 4, 2022.

Dejahnea Brown's sentencing, currently scheduled for November 19, 2021, is adjourned to **February 25, 2022 at 12:00 p.m.**  Any submissions on behalf of Defendant Brown are now due on January 28, 2022.  The Government's submission is now due on February 4, 2022.

Dated: New York, New York
October 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge